1  DYKEMA GOSSETT LLP
   Ashley R. Fickel (SBN 237111)
2  afickel@dykema.com
   333 South Grand Avenue, Suite 2100
3  Los Angeles, CA  90071
   Telephone: (213) 457-1800
4  Facsimile: (213) 457-1850

5  Attorney for Asset Acceptance, LLC

6  The Law Office of L. Paul Mankin
   L. Paul Mankin (SBN 264038)
7  pmankin@paulmankin.com
   8730 Wilshire Blvd., Suite 310
8  Beverly Hills, CA 90211
   Telephone: (800) 219-3577
9  Fax: (323) 207-3885

10  Attorney for Plaintiff

11                     **UNITED STATES DISTRICT COURT**

12                     **CENTRAL DISTRICT OF CALIFORNIA**

13

14

15  JENIFFER JELENSKY,                    Case No. 3:14-cv-00083-DSF-JCG

16           Plaintiff,                   **JOINT NOTICE OF SETTLEMENT**

17      vs.

18  ASSET ACCEPTANCE, et al.

19           Defendant(s).

20

21

22      The parties hereto, Plaintiff, Jeniffer Jelensky, and Defendant, Asset

23  Acceptance, LLC, by and through their attorneys, jointly provide the Court with

24  notice that the above-entitled action has been settled. The parties anticipate that

25  documentation of the settlement will take no more than thirty days. The parties agree

26  to submit a stipulated dismissal with prejudice when the settlement has been

27  completed, but no later than 45 days from today.

28

Dated: April 1, 2014      DYKEMA GOSSETT LLP

By: s/ Ashley Fickel
Ashley R. Fickel
Attorneys for Defendant
Asset Acceptance, LLC
afickel@dykema.com

Dated: April 1, 2014      THE LAW OFFICE OF L. PAUL MANKIN

By: s/ Paul Mankin
Paul Mankin
Attorneys for Plaintiff
Jeniffer Jelensky
pmankin@paulmankin.com

CERTIFICATE OF SERVICE

I certify that on April 1, 2014, I electronically filed the foregoing paper with the Clerk of the court using CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system.

Dated: April 1, 2014          By: s/ Ashley R. Fickel
                                  Ashley R. Fickel
                                  AFickel@dykema.com